# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | | |
|---|---|---|
| MARCIA RIDLEHUBER, Personal Representative of the Estate of Ernest Owen Ridlehuber, III, | ) ) ) ) | C.A. No. 8:11-CV-02112-TMC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| Greenwood County Sheriff's Office, Sheriff Tony Davis, Cpl. Mitch Mathis, Sgt. Jeff Graham, Officer Courtney Smith, and Taser International, Inc., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion of Plaintiff Marcia Ridlehuber, Personal Representative of the Estate of Ernest Owen Ridlehuber, III ("Plaintiff") through counsel, and pursuant to Fed. Civ. P. 41(a)(2) to dismiss with prejudice, all claims against Defendant TASER International, Inc ("TASER").;

Plaintiff has obtained TASER's consent to this Motion, with the understanding that, as between Plaintiff and TASER, neither side will seek the recovery of attorneys' fees, costs and litigation expenses from the other.

NOW, THEREFORE, IT IS ORDERED that, Defendant TASER International, Inc. is dismissed with prejudice from this action.

IT IS SO ORDERED THIS 4th day of May, 2012.

                                                  s/Timothy M. Cain_____
                                                  Timothy M. Cain
                                                  United States District Judge